# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL A. CHRISTIANSON,<br><br>Defendant. | 8:22CR218<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

The defendant appeared before the Court on March 2, 2023 regarding Amended Petition for Action on Conditions of Pretrial Release [31]. Thomas Petersen represented the defendant. Joseph Meyer and Jody Mullis represented the government.

The government made an oral motion to dismiss Petition for Action on Conditions of Pretrial Release [26]. The government's oral motion to dismiss Petition for Action on Conditions of Pretrial Release [26] is granted without objection.

The defendant stood mute and the court entered a denial regarding defendant violating release conditions (1), (m), and (ff(i)). The defendant requested a continuance of the hearing, which was granted. A disposition and revocation hearing is scheduled before Susan M. Bazis in Courtroom 7, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Tuesday, April 11, 2023 at 2:00 p.m.

The government requested that the defendant be detained as to danger. The defendant requested release on present or amended conditions. After consideration of the report of Pretrial Services and the arguments of the parties, and affording the defendant an opportunity for allocution, the Court finds there is no condition or combination of conditions of release that will assure that the defendant will not pose a danger to the safety of any other person or the community; and the defendant is unlikely to abide by any condition or combination of conditions of release. The government's request for detention is granted. The defendant shall be detained until further order of the court.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 2nd day of March, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge