IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL A. CHRISTIANSON,<br><br>    Defendant. | 8:22CR218<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

  The defendant appeared before the Court on April 27, 2023 for his disposition and detention hearing regarding Amended Petition for Action on Conditions of Pretrial Release [31]. Thomas M. Petersen represented the defendant. Mikala Purdy-Steenholdt represented the government. The defendant was previously advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

  The defendant entered an admission to violating a condition of release after previously standing mute and the court entering a denial to the allegations. The Court took judicial notice of the petition and violation report. The Court finds the defendant freely, knowingly, intelligently, and voluntarily admitted violating release conditions (1), (m), and (ff(i)). The Court further finds there is probable cause that a crime was committed, and clear and convincing evidence that a condition was violated. Therefore, the Court finds the defendant violated the Order Setting Conditions of Release [11]. The Order Setting Conditions of Release [11] is revoked. The defendant was previously detained by the court and shall remain detained until further order of the court.

  The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

  **IT IS SO ORDERED**.

  Dated this 27th day of April, 2023.

                          BY THE COURT:

                          s/ Susan M. Bazis
                          United States Magistrate Judge